UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY T. BURGMAN, a/k/a TERELL BURGMAN, <br><br> Petitioner, <br><br> v. <br><br> WARDEN D. FENDER, <br><br> Respondent. | CASE NO. 4:25-CV-00704 <br><br> JUDGE BRIDGET MEEHAN BRENNAN <br><br> **OPINION AND ORDER** |

*Pro se* petitioner Timothy T. Burgman, a/k/a Terell Burgman ("Petitioner"), filed this Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his conviction in *United States v. Burgman*, No. 5:24-CR-00260 (N.D. Ohio July 23, 2024). Petitioner alleges a violation of his Fifth Amendment Due Process rights (pre-indictment delay), speedy trial violations, and a violation of the Fourth Amendment (unlawful search and seizure). Petitioner also alleges 21 U.S.C. § 801 is facially unconstitutional. (Doc. 1 at 6-8; Doc. 1-1 at 11-13.)

Federal district courts must conduct an initial review of habeas corpus petitions. *See* 28 U.S.C. § 2243; *Alexander v. N. Bureau of Prisons*, 419 F. App'x 544, 545 (6th Cir. 2011). A court must deny a petition "if it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief." Rule 4 of the Rules Governing § 2254 Cases (applicable to § 2241 petitions pursuant to Rule 1(b)).

A federal prisoner challenging the legality of his conviction or sentence must file a motion to vacate under 28 U.S.C. § 2255. *Capaldi v. Pontesso*, 135 F.3d 1122, 1123 (6th Cir. 1998). A petition under § 2241 is appropriate for claims challenging "'the execution or manner in which the sentence is served'--those things occurring within prison." *Taylor v. Owens*, 990

F.3d 493, 495-96 (6th Cir. 2021) (quoting *Charles v. Chandler*, 180 F.3d 753, 755-56 (6th Cir. 1999) (per curiam)). The remedy afforded under § 2241 is not an additional, alternative, or supplemental remedy to that prescribed under § 2255. *See Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Here, Petitioner challenges the legality of his conviction. He cannot do so in a § 2241 petition.

Pursuant to 28 U.S.C. § 2241, the Petition for a Writ of Habeas Corpus is DENIED. This action is DISMISSED in accordance with 28 U.S.C. § 2243. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

Date: September 8, 2025

							_____
							BRIDGET MEEHAN BRENNAN
							UNITED STATES DISTRICT JUDGE